# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00218-CV

### In re Mark Simmons

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus related to the appeal of his conviction in cause numbers 03-12-00278-CR, 03-12-00279-CR, and 03-12-00280-CR. Having reviewed the petition, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Rose, and Goodwin

Filed: June 3, 2014